UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   CV 06-4837-FMC(OP)                     Date: August 18, 2008

Title: Guillermo Garcia v. Leroy D. Baca, et al.

---

PRESENT: THE HONORABLE   OSWALD PARADA           ☐ U.S. DISTRICT JUDGE

                                                 ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: DEFENDANTS' MOTION TO COMPEL)

On August 12, 2008, defendants filed a Motion to Compel Responses to Defendant Raul Guerrero's Request for Production of Documents, Set One.

Plaintiff shall have twenty-one (21) days from the date of this order to file an Opposition to defendants' motion. Defendants shall have seven (7) days after service of plaintiff's Opposition to file a Reply brief, if any. Absent further order of the Court, the matter will thereafter be deemed submitted without oral argument. See Local Rule 7-15. Plaintiff is reminded that Rule 37 of the Federal Rules of Civil Procedure provides for sanctions, including dismissal of the action, for failure to obey an order to provide or permit discovery.

The hearing date currently set for September 16, 2008, at 9:30 a.m. is hereby vacated.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                                    Initials of Deputy Clerk mg

CV-90 (10/98)                                                               CIVIL MINUTES   -   GENERAL