UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA, <br><br> Petitioner, <br><br> vs. <br><br> LEROY D. BACA; ROBERT A. TAYLOR; LOS ANGELES COUNTY JAIL GUARDS; GUERRERO; ELMORE; GALLARDO; PULIDO; MARY SULLIVAN; LOS ANGELES COUNTY JAIL MEDICAL STAFF; DR. WILLIAMS, <br><br> Defendants. | Case No. CV 06-4837-FMC (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1    IT IS THEREFORE RECOMMENDED that the District Court issue an Order: (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for failure to exhaust administrative remedies; (3) denying Plaintiff's motion for default judgment against Defendants Taylor and Williams as moot; (4) denying Plaintiff's motion for default judgment as to Los Angeles County Jail Guards, Elmore, Gallardo, Pullido, and Los Angeles County Medical Staff; (5) denying Defendant Taylor's and Williams' motions to dismiss for defective service as moot; and (6) directing that Judgment be entered dismissing this action without prejudice.

DATED: December 2, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge