UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA, ) | Case No. CV 06-4837-FMC (OP) |
| ) | |
| ) | J U D G M E N T |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEROY D. BACA; ROBERT A. ) | |
| TAYLOR; LOS ANGELES ) | |
| COUNTY JAIL GUARDS; ) | |
| GUERRERO; ELMORE; ) | |
| GALLARDO; PULIDO; MARY ) | |
| SULLIVAN; LOS ANGELES ) | |
| COUNTY JAIL MEDICAL STAFF; ) | |
| DR. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS THEREFORE RECOMMENDED that the District Court issue an Order: (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for failure to exhaust administrative remedies; (3) denying Plaintiff's motion for default judgment against Defendants Taylor and Williams as moot; (4) denying Plaintiff's motion for default judgment as to Los Angeles County Jail Guards, Elmore, Gallardo, Pullido, and Los Angeles County Medical Staff; (5) denying Defendant Taylor's and Williams' motions to dismiss for defective service as moot; and (6) directing that Judgment be entered dismissing this action without prejudice.

DATED: December 2, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge